FILED

JUN - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BERNARDO CHAVEZ (1),<br>YVETTE LAGORIO (2),<br>ADRIANA GUILLEN (3),<br>Defendants. | Criminal Case No. 08CR1840-WQH<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about May 7, 2008, within the Southern District of California, defendants BERNARDO CHAVEZ, YVETTE LAGORIO and ADRIANA GUILLEN, did knowingly and intentionally import approximately 25.12 kilograms (55.26 pounds), of marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: June 5, 2008.

KAREN P. HEWITT
United States Attorney

[signature]

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:San Diego
6/5/08