AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

ADRIANA GUILLEN

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-CR-1840-WQH

I, ADRIANA GUILLEN, the above named defendant, who is accused of committing the following offense:

> Importation of marijuana and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6-5-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before ______________________
Judicial Officer